AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 4:31 pm, Jul 08, 2025

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-cr-00190 |
| MICHAEL ALSTON | ) Assigned To: Judge Berman Jackson, Amy |
|  | ) Assign Date: 7/8/2025 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL ALSTON,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201(a)(1) - Kidnapping; 22 D.C. §§ 2803, 4502 - Armed Carjacking; 22 D.C. Code § 4504(b) - Possession of a Firearm During a Crime of Violence; 18 U.S.C. § 2312 - Transportation of Stolen Vehicle

Date: 07/08/2025

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/08/25, and the person was arrested on *(date)* 7/11/25
at *(city and state)* Washington, DC.

Date: 7/11/2025

*Arresting officer's signature*

SCOTT BROWN TFO/FBI
*Printed name and title*