**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO: 25-cr-00190 (ABJ)** |
| | : | |
| **DAMON MIDDLETON,** | : | |
| **MICHAEL ALSTON** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of September 1, 2025, is being provided to the defense in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Sabena Auyeung*
SABENA AUYEUNG
Assistant United States Attorney
IL Bar No: 6317842
601 D Street, N.W.
Washington, D.C. 20530
202-803-1622
Sabena.Auyeung@usdoj.gov



U.S. DEPARTMENT OF JUSTICE
JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington D.C., 20001*

September 1, 2025

**Via Email**
Michael Lawlor, Esq.
Dwight Crawley, Esq.

*Re:* *United States v. Damon Middleton and Michael Alston*, *Case No. 25-CR-190*

Dear Counsel:

I am writing to provide you with certain discovery information for the above-referenced matter. Some discovery materials have been provided to you via USAfx in a folder labeled "**2025.07.29_Production #2**." Please download these materials as soon as pracricbale. To date, the Government has disclosed the following materials:

| ***Item(s)*** | ***Date of Disclosure*** |
|---|---|
| • Barcodes<br>○ Barcodes.pdf<br>• BWC Photos<br>○ Axon_Capture_Photo_2025-05-10_054359_12131.jpg<br>○ Axon_Capture_Photo_2025-05-10_054403_12131.jpg<br>○ Axon_Capture_Photo_2025-05-10_054416_12131.jpg<br>○ Axon_Capture_Photo_2025-05-10_131242_12131.jpg<br>○ Axon_Capture_Photo_2025-05-10_131300_12131.jpg<br>○ Axon_Capture_Photo_2025-05-10_131313_12131.jpg<br>○ Axon_Capture_Photo_2025- | **07/29/2025**<br>**(Production #2 via USAfx)** |

<table>
<tr><td>
05-10_131318_12131.jpg<br>
○ Axon_Capture_Photo_2025-05-10_131334_12131.jpg<br>
○ Axon_Capture_Photo_2025-05-10_131338_12131.jpg<br>
○ Axon_Capture_Photo_2025-05-10_215048_12131.jpg<br>
○ Axon_Capture_Photo_2025-05-10_215058_12131.jpg<br>
○ Axon_Capture_Photo_2025-05-10_215103_12131.jpg<br>
○ Axon_Capture_Photo_2025-05-10_215109_12131.jpg<br>
○ Axon_Capture_Photo_2025-05-10_215113_12131.jpg<br>
• DC OUC<br>
○ 5D TAC.wma<br>
○ 5D.wma<br>
○ Authentication Certificate - Santo Danson.pdf<br>
• PG Radio Communications<br>
○ PP25051000000312m.xml<br>
○ 25051000000312.pdf<br>
○ NICE_logo_positive_jpg.jpg<br>
○ PP25051000000312.htm<br>
○ PP25051000000312.wav<br>
○ PP25051000000312.xml<br>
• Vehicle_CW's Burned Van<br>
○ CCN _ 25068947 - Combined Reports_Redacted.pdf<br>
○ 7D TAC.wma<br>
○ 7D.wma<br>
○ Authentication Certificate - Santo Danson.pdf
</td><td></td></tr>
<tr><td>
• Evidence.com Link<br>
○ 94 files
</td><td>07/28/2025<br>(via Evidence.com)</td></tr>
<tr><td>
• DIMS Photos<br>
○ P5A1B06V.JPG<br>
○ P5A1B06W.JPG<br>
○ P5A1B06X.JPG<br>
○ P5A1B06Y.JPG<br>
○ P5A1B06Z.JPG<br>
○ P5A1B070.JPG<br>
○ P5A1B071.JPG
</td><td>07/16/2025<br>(Production #1 via USAfx)</td></tr>
</table>

| | |
|---|---|
| ○ P5A1B072.JPG<br>○ P5A1B073.JPG<br>○ P5A1B074.JPG<br>○ P5A1B075.JPG<br>○ P5A1B076.JPG<br>○ P5A1B077.JPG<br>○ P5A1B078.JPG<br>○ P5A1B079.JPG<br>○ P5A1B07A.JPG<br>○ P5A1B07B.JPG<br>○ P5A1B07C.JPG<br>○ P5A1B07D.JPG<br>○ P5A1B07E.JPG<br>○ P5A1B07F.JPG<br>○ P5A1B07G.JPG<br>○ P5A1B07H.JPG<br>○ P5A1B07I.JPG<br>○ P5A1B07J.JPG<br>○ P5A1B07K.JPG<br>○ P5A1B07L.JPG<br>○ P5A1B07M.JPG<br>○ P5A1B07N.JPG<br>○ P5A1B07O.JPG<br>○ P5A1B07P.JPG<br>○ P5A1B07Q.JPG<br>○ P5A1B07R.JPG<br>○ P5A1B07S.JPG<br>○ P5A1B07T.JPG<br>○ P5A1B07U.JPG<br>○ P5A1B07V.JPG<br>○ P5A1B07W.JPG<br>○ P5A1B07X.JPG<br>○ P5A1B07Y.JPG<br>○ P5A1B07Z.JPG<br>○ P5A1B080.JPG<br>○ P5A1B081.JPG<br>○ P5A1B082.JPG<br>○ P5A1B083.JPG<br>○ P5A1B084.JPG<br>○ P5A1B085.JPG<br>○ P5A1B086.JPG<br>○ P5A1B087.JPG<br>○ P5A1B088.JPG<br>○ P5A1B089.JPG | |

| | |
|---|---|
| ○ P5A1B08A.JPG<br>○ P5A1B08B.JPG<br>○ P5A1B08C.JPG<br>○ P5A1B08D.JPG<br>○ P5A1B08E.JPG<br>○ P5A1B08F.JPG<br>○ P5A1B08G.JPG<br>○ P5A1B08H.JPG<br>○ P5A1B08I.JPG<br>○ P5A1B08J.JPG<br>○ P5A1B08K.JPG<br>○ P5A1B08L.JPG<br>○ P5A1B08M.JPG<br>○ P5A1B08N.JPG<br>○ P5A1B08O.JPG<br>○ P5A1B08P.JPG<br>○ P5A1B08Q.JPG<br>○ P5A1B08R.JPG<br>○ P5A1B08S.JPG<br>○ P5A1B08T.JPG<br>○ P5A1B08U.JPG<br>○ P5A1B08V.JPG<br>○ P5A1B08W.JPG<br>○ P5A1B08X.JPG<br>○ P5A1B08Y.JPG<br>○ P5A1B08Z.JPG<br>○ P5A1B090.JPG<br>○ P5A1B091.JPG<br>○ P5A1B092.JPG<br>○ P5A1B093.JPG<br>○ P5A1B094.JPG<br>○ P5A1B095.JPG<br>○ P5A1B096.JPG<br>○ P5A1B097.JPG<br>○ P5A1B098.JPG<br>○ P5A1B099.JPG<br>○ P5A1B09A.JPG<br>○ P5A1B09B.JPG<br>○ P5A1B09C.JPG<br>○ P5A1B09D.JPG<br>○ P5A1B09E.JPG<br>○ P5A1B09F.JPG<br>○ P5A1B09G.JPG<br>○ P5A1B09H.JPG | |

| | |
|---|---|
| ◦ P5A1B09I.JPG<br>◦ P5A1B09J.JPG<br>◦ P5A1B09K.JPG<br>◦ P5A1B09L.JPG<br>◦ P5A1B09M.JPG<br>◦ P5A1B09N.JPG<br>◦ P5A1B09O.JPG<br>◦ P5A1B09P.JPG<br>◦ P5A1B09Q.JPG<br>◦ P5A1B09R.JPG<br>◦ P5A1B09S.JPG<br>◦ P5A1B09T.JPG<br>◦ P5A1B09U.JPG<br>◦ P5A1B09V.JPG<br>◦ P5A1B09W.JPG<br>• MPD Detective File<br>◦ 10_Report Packet - 25069013 Case Note 5_ PG County BWC request.pdf<br>◦ 11_Report Packet - 25069013 Case Note 3_ CJTF Case Assignment.pdf<br>◦ 12_Report Packet - 25069013 Offense_Incident_ Kidnapping _ USC 22DUSC02001 _ DCC 22DC2001_Redacted.pdf<br>◦ 13_Cover Sheet - 25069013 Offense_Incident_ Kidnapping _ USC 22DUSC02001 _ DCC 22DC2001_Redacted.pdf<br>◦ 14_Report Packet - 25069013 Case Note 1_ ICR_Redacted.pdf<br>◦ 15_050925 5D Kidnapping _1__Redacted.pdf<br>◦ 16_Email 1.pdf<br>◦ 17_Email 3.pdf<br>◦ 18_Email 2.pdf<br>◦ 19_Mail - Rimel_ Joseph D. _MPD_ - Outlook.pdf<br>◦ 1_Case Jacket - Case _ 25069013_Redacted.pdf<br>◦ 20_DPR video request_Redacted.pdf | |

| | |
|---|---|
| ○ 21_25069013 CSS Evidence Log 05-10-2025_Redacted.pdf<br>○ 22_25069013 CSS Scene_Redacted.pdf<br>○ 2_Report Packet - 25069013 Case Note 8_ Evidence Collection Log.pdf<br>○ 3_Report Packet - 25069013 Case Note 9_ Crime Scene Evidence Report.pdf<br>○ 4_Report Packet - 25069013 Case Note 2_ CRS Report_Redacted.pdf<br>○ 5_Report Packet - 25069013 Case Note 7_ Attempt to contact complainant_Redacted.pdf<br>○ 6_Public Packet - 25069013 Offense_Incident_ Kidnapping _ USC 22DUSC02001 _ DCC 22DC2001_Redacted.pdf<br>○ 7_Report Packet - 25069013 Case Note 6_ Camera canvass.pdf<br>○ 8_Report Packet - 25069013 Case Note 4_ Tower dump_area search preservation letters.pdf<br>○ 9_Report Packet - 25069013 Case Note 10_ FBI collaborative investigation.pdf<br>• Residential Search Warrant – 20 Ridge Square<br>○ JMP_0001.JPG<br>○ JMP_0001.NEF<br>○ JMP_0002.JPG<br>○ JMP_0002.NEF<br>○ JMP_0003.JPG<br>○ JMP_0003.NEF<br>○ JMP_0004.JPG<br>○ JMP_0004.NEF<br>○ JMP_0005.JPG<br>○ JMP_0005.NEF<br>○ JMP_0006.JPG | |

| | |
|---|---|
| ○ JMP_0006.NEF<br>○ JMP_0007.JPG<br>○ JMP_0007.NEF<br>○ JMP_0008.JPG<br>○ JMP_0008.NEF<br>○ JMP_0009.JPG<br>○ JMP_0009.NEF<br>○ JMP_0010.JPG<br>○ JMP_0010.NEF<br>○ JMP_0011.JPG<br>○ JMP_0011.NEF<br>○ JMP_0012.JPG<br>○ JMP_0012.NEF<br>○ JMP_0013.JPG<br>○ JMP_0013.NEF<br>○ JMP_0014.JPG<br>○ JMP_0014.NEF<br>○ JMP_0015.JPG<br>○ JMP_0015.NEF<br>○ JMP_0016.JPG<br>○ JMP_0016.NEF<br>○ JMP_0017.JPG<br>○ JMP_0017.NEF<br>○ JMP_0018.JPG<br>○ JMP_0018.NEF<br>○ JMP_0019.JPG<br>○ JMP_0019.NEF<br>○ JMP_0020.JPG<br>○ JMP_0020.NEF<br>○ JMP_0021.JPG<br>○ JMP_0021.NEF<br>○ JMP_0022.JPG<br>○ JMP_0022.NEF<br>○ JMP_0023.JPG<br>○ JMP_0023.NEF<br>○ JMP_0024.JPG<br>○ JMP_0024.NEF<br>○ JMP_0025.JPG<br>○ JMP_0025.NEF<br>○ JMP_0026.JPG<br>○ JMP_0026.NEF<br>○ JMP_0027.JPG<br>○ JMP_0027.NEF<br>○ JMP_0028.JPG | |

| | |
|---|---|
| ○ JMP_0028.NEF<br>○ JMP_0029.JPG<br>○ JMP_0029.NEF<br>○ JMP_0030.JPG<br>○ JMP_0030.NEF<br>○ JMP_0031.JPG<br>○ JMP_0031.NEF<br>○ JMP_0032.JPG<br>○ JMP_0032.NEF<br>○ JMP_0033.JPG<br>○ JMP_0033.NEF<br>○ JMP_0034.JPG<br>○ JMP_0034.NEF<br>○ JMP_0035.JPG<br>○ JMP_0035.NEF<br>○ JMP_0036.JPG<br>○ JMP_0036.NEF<br>○ JMP_0037.JPG<br>○ JMP_0037.NEF<br>○ JMP_0038.JPG<br>○ JMP_0038.NEF<br>○ JMP_0039.JPG<br>○ JMP_0039.NEF<br>○ JMP_0040.JPG<br>○ JMP_0040.NEF<br>○ JMP_0041.JPG<br>○ JMP_0041.NEF<br>○ JMP_0042.JPG<br>○ JMP_0042.NEF<br>○ JMP_0043.JPG<br>○ JMP_0043.NEF<br>○ JMP_0044.JPG<br>○ JMP_0044.NEF<br>○ JMP_0045.JPG<br>○ JMP_0045.NEF<br>○ JMP_0046.JPG<br>○ JMP_0046.NEF<br>○ JMP_0047.JPG<br>○ JMP_0047.NEF<br>○ JMP_0048.JPG<br>○ JMP_0048.NEF<br>○ JMP_0049.JPG<br>○ JMP_0049.NEF<br>○ JMP_0050.JPG | |

| | |
|---|---|
| ○ JMP_0050.NEF<br>○ JMP_0051.JPG<br>○ JMP_0051.NEF<br>○ JMP_0052.JPG<br>○ JMP_0052.NEF<br>○ JMP_0053.JPG<br>○ JMP_0053.NEF<br>○ JMP_0054.JPG<br>○ JMP_0054.NEF<br>○ JMP_0055.JPG<br>○ JMP_0055.NEF<br>○ JMP_0056.JPG<br>○ JMP_0056.NEF<br>○ JMP_0057.JPG<br>○ JMP_0057.NEF<br>○ JMP_0058.JPG<br>○ JMP_0058.NEF<br>○ JMP_0059.JPG<br>○ JMP_0059.NEF<br>○ JMP_0060.JPG<br>○ JMP_0060.NEF<br>○ JMP_0061.JPG<br>○ JMP_0061.NEF<br>○ JMP_0062.JPG<br>○ JMP_0062.NEF<br>○ JMP_0063.JPG<br>○ JMP_0063.NEF<br>○ JMP_0064.JPG<br>○ JMP_0064.NEF<br>○ JMP_0065.JPG<br>○ JMP_0065.NEF<br>○ JMP_0066.JPG<br>○ JMP_0066.NEF<br>○ JMP_0067.JPG<br>○ JMP_0067.NEF<br>○ JMP_0068.JPG<br>○ JMP_0068.NEF<br>○ JMP_0069.JPG<br>○ JMP_0069.NEF<br>○ JMP_0070.JPG<br>○ JMP_0070.NEF<br>○ JMP_0071.JPG<br>○ JMP_0071.NEF<br>○ JMP_0072.JPG | |

| | |
|---|---|
| ○ JMP_0072.NEF<br>○ JMP_0073.JPG<br>○ JMP_0073.NEF<br>○ JMP_0074.JPG<br>○ JMP_0074.NEF<br>○ JMP_0075.JPG<br>○ JMP_0075.NEF<br>○ JMP_0076.JPG<br>○ JMP_0076.NEF<br>○ JMP_0077.JPG<br>○ JMP_0077.NEF<br>○ JMP_0078.JPG<br>○ JMP_0078.NEF<br>○ JMP_0079.JPG<br>○ JMP_0079.NEF<br>○ JMP_0080.JPG<br>○ JMP_0080.NEF<br>○ JMP_0081.JPG<br>○ JMP_0081.NEF<br>○ JMP_0082.JPG<br>○ JMP_0082.NEF<br>○ JMP_0083.JPG<br>○ JMP_0083.NEF<br>○ JMP_0084.JPG<br>○ JMP_0084.NEF<br>○ JMP_0085.JPG<br>○ JMP_0085.NEF<br>○ JMP_0086.JPG<br>○ JMP_0086.NEF<br>○ JMP_0087.JPG<br>○ JMP_0087.NEF<br>○ JMP_0088.JPG<br>○ JMP_0088.NEF<br>○ JMP_0089.JPG<br>○ JMP_0089.NEF<br>○ JMP_0090.JPG<br>○ JMP_0090.NEF<br>○ JMP_0091.JPG<br>○ JMP_0091.NEF<br>○ JMP_0092.JPG<br>○ JMP_0092.NEF<br>○ JMP_0093.JPG<br>○ JMP_0093.NEF<br>○ JMP_0094.JPG | |

| | |
|---|---|
| ◦ JMP_0094.NEF<br>◦ JMP_0095.JPG<br>◦ JMP_0095.NEF<br>◦ JMP_0096.JPG<br>◦ JMP_0096.NEF<br>◦ JMP_0097.JPG<br>◦ JMP_0097.NEF<br>◦ JMP_0098.JPG<br>◦ JMP_0098.NEF<br>◦ JMP_0099.JPG<br>◦ JMP_0099.NEF<br>◦ JMP_0100.JPG<br>◦ JMP_0100.NEF<br>◦ JMP_0101.JPG<br>◦ JMP_0101.NEF<br>◦ JMP_0102.JPG<br>◦ JMP_0102.NEF<br>◦ JMP_0103.JPG<br>◦ JMP_0103.NEF<br>◦ JMP_0104.JPG<br>◦ JMP_0104.NEF<br>◦ JMP_0105.JPG<br>◦ JMP_0105.NEF<br>◦ JMP_0106.JPG<br>◦ JMP_0106.NEF<br>◦ JMP_0107.JPG<br>◦ JMP_0107.NEF<br>◦ JMP_0108.JPG<br>◦ JMP_0109.JPG<br>◦ JMP_0109.NEF<br>◦ JMP_0110.JPG<br>◦ JMP_0110.NEF<br>◦ NC_FLLST.DAT<br>• Residential Search Warrant – 855 Chesapeake Street Apt 304<br>◦ WFO_0001.JPG<br>◦ WFO_0002.JPG<br>◦ WFO_0003.JPG<br>◦ WFO_0004.JPG<br>◦ WFO_0005.JPG<br>◦ WFO_0006.JPG<br>◦ WFO_0007.JPG<br>◦ WFO_0008.JPG<br>◦ WFO_0009.JPG | |

| | |
|---|---|
| ○ WFO_0010.JPG<br>○ WFO_0011.JPG<br>○ WFO_0012.JPG<br>○ WFO_0013.JPG<br>○ DSC_0001.JPG<br>○ DSC_0001.NEF<br>○ DSC_0002.JPG<br>○ DSC_0002.NEF<br>○ DSC_0003.JPG<br>○ DSC_0003.NEF<br>○ DSC_0004.JPG<br>○ DSC_0004.NEF<br>○ DSC_0005.JPG<br>○ DSC_0005.NEF<br>○ DSC_0006.JPG<br>○ DSC_0006.NEF<br>○ DSC_0007.JPG<br>○ DSC_0007.NEF<br>○ DSC_0008.JPG<br>○ DSC_0008.NEF<br>○ DSC_0009.JPG<br>○ DSC_0009.NEF<br>○ DSC_0010.JPG<br>○ DSC_0010.NEF<br>○ DSC_0011.JPG<br>○ DSC_0011.NEF<br>○ DSC_0012.JPG<br>○ DSC_0012.NEF<br>○ DSC_0013.JPG<br>○ DSC_0013.NEF<br>○ DSC_0014.JPG<br>○ DSC_0014.NEF<br>○ DSC_0015.JPG<br>○ DSC_0015.NEF<br>○ DSC_0016.JPG<br>○ DSC_0016.NEF<br>○ DSC_0017.JPG<br>○ DSC_0017.NEF<br>○ DSC_0018.JPG<br>○ DSC_0018.NEF<br>○ DSC_0019.JPG<br>○ DSC_0019.NEF<br>○ DSC_0020.JPG<br>○ DSC_0020.NEF | |

| | |
|---|---|
| ○ DSC_0021.JPG<br>○ DSC_0021.NEF<br>○ DSC_0022.JPG<br>○ DSC_0022.NEF<br>○ DSC_0023.JPG<br>○ DSC_0023.NEF<br>○ DSC_0024.JPG<br>○ DSC_0024.NEF<br>○ DSC_0025.JPG<br>○ DSC_0025.NEF<br>○ DSC_0026.JPG<br>○ DSC_0026.NEF<br>○ DSC_0027.JPG<br>○ DSC_0027.NEF<br>○ DSC_0028.JPG<br>○ DSC_0028.NEF<br>○ DSC_0029.JPG<br>○ DSC_0029.NEF<br>○ DSC_0030.JPG<br>○ DSC_0030.NEF<br>○ DSC_0031.JPG<br>○ DSC_0031.NEF<br>○ DSC_0032.JPG<br>○ DSC_0032.NEF<br>○ DSC_0033.JPG<br>○ DSC_0033.NEF<br>○ DSC_0034.JPG<br>○ DSC_0034.NEF<br>○ DSC_0035.JPG<br>○ DSC_0035.NEF<br>○ DSC_0036.JPG<br>○ DSC_0036.NEF<br>○ DSC_0037.JPG<br>○ DSC_0037.NEF<br>○ DSC_0038.JPG<br>○ DSC_0038.NEF<br>○ DSC_0039.JPG<br>○ DSC_0039.NEF<br>○ DSC_0040.JPG<br>○ DSC_0040.NEF<br>○ DSC_0041.JPG<br>○ DSC_0041.NEF<br>○ DSC_0042.JPG<br>○ DSC_0042.NEF | |

| | |
|---|---|
| ○ DSC_0043.JPG<br>○ DSC_0043.NEF<br>○ DSC_0044.JPG<br>○ DSC_0044.NEF<br>○ DSC_0045.JPG<br>○ DSC_0045.NEF<br>○ DSC_0046.JPG<br>○ DSC_0046.NEF<br>○ DSC_0047.JPG<br>○ DSC_0047.NEF<br>○ DSC_0048.JPG<br>○ DSC_0048.NEF<br>○ DSC_0049.JPG<br>○ DSC_0049.NEF<br>○ DSC_0050.JPG<br>○ DSC_0050.NEF<br>○ DSC_0051.JPG<br>○ DSC_0051.NEF<br>○ DSC_0052.JPG<br>○ DSC_0052.NEF<br>○ DSC_0053.JPG<br>○ DSC_0053.NEF<br>○ DSC_0054.JPG<br>○ DSC_0054.NEF<br>○ DSC_0055.JPG<br>○ DSC_0055.NEF<br>○ DSC_0056.JPG<br>○ DSC_0056.NEF<br>○ DSC_0057.JPG<br>○ DSC_0057.NEF<br>○ DSC_0058.JPG<br>○ DSC_0058.NEF<br>○ DSC_0059.JPG<br>○ DSC_0059.NEF<br>○ DSC_0060.JPG<br>○ DSC_0060.NEF<br>○ DSC_0061.JPG<br>○ DSC_0061.NEF<br>○ DSC_0062.JPG<br>○ DSC_0062.NEF<br>○ DSC_0063.JPG<br>○ DSC_0063.NEF<br>○ DSC_0064.JPG<br>○ DSC_0064.NEF | |

| | |
|---|---|
| ○ DSC_0065.JPG<br>○ DSC_0065.NEF<br>○ DSC_0066.JPG<br>○ DSC_0066.NEF<br>○ DSC_0067.JPG<br>○ DSC_0067.NEF<br>○ DSC_0068.JPG<br>○ DSC_0068.NEF<br>○ DSC_0069.JPG<br>○ DSC_0069.NEF<br>○ DSC_0070.JPG<br>○ DSC_0070.NEF<br>○ DSC_0071.JPG<br>○ DSC_0071.NEF<br>○ DSC_0072.JPG<br>○ DSC_0072.NEF<br>○ DSC_0073.JPG<br>○ DSC_0073.NEF<br>○ DSC_0074.JPG<br>○ DSC_0074.NEF<br>○ DSC_0075.JPG<br>○ DSC_0075.NEF<br>○ DSC_0076.JPG<br>○ DSC_0076.NEF<br>○ DSC_0077.JPG<br>○ DSC_0077.NEF<br>○ DSC_0078.JPG<br>○ DSC_0078.NEF<br>○ DSC_0079.JPG<br>○ DSC_0079.NEF<br>○ DSC_0080.JPG<br>○ DSC_0080.NEF<br>○ DSC_0081.JPG<br>○ DSC_0081.NEF<br>○ DSC_0082.JPG<br>○ DSC_0082.NEF<br>○ DSC_0083.JPG<br>○ DSC_0083.NEF<br>○ DSC_0084.JPG<br>○ DSC_0084.NEF<br>○ DSC_0085.JPG<br>○ DSC_0085.NEF<br>○ DSC_0086.JPG<br>○ DSC_0086.NEF | |

| | |
|---|---|
| ○ DSC_0087.JPG<br>○ DSC_0087.NEF<br>○ DSC_0088.JPG<br>○ DSC_0088.NEF<br>○ DSC_0089.JPG<br>○ DSC_0089.NEF<br>○ DSC_0090.JPG<br>○ DSC_0090.NEF | |

| | |
|---|---|
| • Evidence.com Link<br>○ 95 files | **08/31/2025**<br>**(via Evidence.com)** |
| • Search Warrant (Redacted)<br>• [signed] 25-sc-853 Search Warrant ECF No. 1_Redacted<br>• [signed] 25-sc-1050 Search Warrant ECF No. 1_Redacted<br>• [signed] 25-sc-1074 Search Warrant ECF No. 1_Redacted<br>• [signed] 25-tw-9 Tracking Warrant ECF No. 1 | **9/1/2025**<br>**(via USAfx Folder)** |

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

By: *_/s/ Sabena Auyeung_*
Sabena Auyeung
Assistant United States Attorney
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
202-803-1622
Sabena.Auyeung@usdoj.gov